UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARTHA ANN WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:07-0024 |
| | ) Judge Echols |
| UPPER CUMBERLAND ELECTRIC MEMBERSHIP CORPORATION, | ) |
| Defendant. | ) |

### ORDER

For the reasons stated in the Memorandum issued contemporaneously herewith, Defendant's Motion For Summary Judgment (Docket Entry No. 11) is hereby DENIED.

This case will proceed to trial on **Tuesday, September 9, 2008, at 9:00 a.m.**, as previously scheduled. (Docket Entry No. 23, Order.)

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE