# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MARTHA ANN WRIGHT** ) | |
| ) | |
| **v.** ) | **NO. 2:07-0024** |
| ) | **JUDGE ECHOLS** |
| **UPPER CUMBERLAND ELECTRIC** ) | |
| **MEMBERSHIP CORPORATION** ) | |

## ORDER

By previous Order (Docket Entry No. 40), this case was reset for a jury trial in Cookeville on **Tuesday, July 7, 2009, beginning at 9:00 a.m.**, and for a Final Pretrial Conference in Nashville on **Monday, June 1, 2009, at 1:00 p.m.** All lawyers who will participate in the trial must attend the Final Pretrial Conference.

In accordance with the Court's prior Order (Docket Entry No. 23), counsel for the parties filed a proposed joint pretrial order, joint proposed jury instructions and verdict form, briefs on damages, and witness and exhibit lists. The deadline for filing any revisions to these documents is **Wednesday, May 27, 2009.** The parties have also filed motions in limine. No further motions in limine shall be filed without prior leave of Court.

At the Final Pretrial Conference, counsel shall be prepared to:

(1) discuss proposed jury instructions and verdict forms;

(2) identify and discuss undisputed facts and issues;

(3) discuss the status of discovery;

(4) preview proposed testimony;

(5) discuss expert testimony;

1

(6) preview proposed exhibits;

(7) discuss motions in limine;

(8) discuss pretrial briefs; and

(9) discuss settlement.

There shall be no motions to continue filed after the date of the Final Pretrial Conference absent extraordinary circumstances.

If a settlement is reached after jurors have been summoned, resulting in the non-utilization of the jurors, the costs of summoning the jurors may be taxed to the parties.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE