IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| **MARTHA ANN WRIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 2 07 0024 |
| ) | |
| v. ) | |
| ) | Judge Echols |
| ) | Magistrate Judge Brown |
| **UPPER CUMBERLAND ELECTRIC** ) | |
| **MEMBERSHIP CORPORATION,** ) | |
| ) | JURY DEMAND |
| Defendant. ) | |
| ) | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court that all matters in controversy between the Plaintiff, Martha Ann Wright, against Defendant, Upper Cumberland Electric Membership Corporation, have been resolved and that all claims of the Plaintiff therefore should be dismissed with prejudice and on the merits, it is hereby

**ORDERED** that all claims actually asserted or which could have been asserted by the Plaintiff, Martha Ann Wright, against Defendant, Upper Cumberland Electric Membership Corporation, its respective representatives and employees and all related entities and insurers are hereby fully dismissed with prejudice and on the merits. There shall be no award of discretionary costs. Court costs shall be taxed to the Defendant, for which execution may issue, if necessary.

ENTER this 6th day of July, 2009.

_____
Honorable Robert L. Echols
United States District Judge

APPROVED FOR ENTRY:


/s/ Stephen W. Grace (by JKS w/ permission)
Stephen W. Grace (BPR 14867)
144 Second Avenue, North
Suite 200
Nashville, Tennessee 37201
(615) 255-5225

Attorney for Plaintiff


/s/ James K. Simms, IV
Daniel P. Berexa (BPR 15158)
James K. Simms, IV (BPR 21688)
CORNELIUS & COLLINS, LLP
Suite 1500, Nashville City Center
511 Union Street
P. O. Box 190695
Nashville, Tennessee 37219
(615) 244-1440

Attorneys for Defendant


**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically on this 6th day of July, 2009. Notice of this filing will be sent by operation of the Court's electronic filing system to the party listed below. That party may access this filing through the Court's electronic filing system.

    Stephen W. Grace, Esq.
    144 Second Avenue, North
    Suite 200
    Nashville, TN 37201

                                      /s/ James K. Simms, IV
                                      James K. Simms, IV